SINNETT LAW, APC
WAYNE A. SINNETT (SBN: 302987)
E-mail: ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101

Attorneys for *Plaintiff*
BRYSON KRATZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYSON KRATZ, | No. 2:16-CV-3715-SJO-AS |
| Plaintiff, | Hon. S. James Otero |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CYMETRIX CORPORATION d/b/a HEALTHCARE RECOVERY SOLUTIONS, | |
| Defendant. | |

WHEREAS, the parties, pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendant with prejudice, and with each party bearing its own costs.  This stipulation of dismissal disposes of the entire action.


Dated:     August 16, 2016                    SINNETT LAW, APC
                                              WAYNE A. SINNETT


                                         By:  /s/  Wayne A. Sinnett_____
                                              Wayne A. Sinnett
                                              Attorneys for *Plaintiff*
                                              BRYSON KRATZ

Dated:     August 16, 2016                    MANATT, PHELPS & PHILLIPS, LLP
                                              CHRISTINE M. REILLY


                                         By:  /s/ *Christine M. Reilly*_____
                                              Christine M. Reilly
                                              Attorneys for *Defendant*
                                              CYMETRIX CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>SIGNATURE CERTIFICATION</u>

I, Wayne A. Sinnett, am the ECF user whose identification and password are being used to file this stipulation. I hereby certify that the contents of this document are acceptable to the above named signatories, and that I have obtained said signatories authorization to affix their electronic signature to this document and they concur in this filing.

Dated: Aug 16, 2016                     Respectfully submitted,

                                        **SINNETT LAW, APC.**

                                        BY: /s/ WAYNE A. SINNETT
                                        WAYNE A. SINNETT, ESQ.
                                        ATTORNEY FOR PLAINTIFF